UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMARA L. JENKINS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INDIANA DEPT OF SERVICES, )<br>)<br>Defendant. ) | Case No. 1:14-cv-01520-TWP-DML |

**Entry Granting Motion to Proceed *In Forma Pauperis*
and Directing Issuance of Process**

**I.**

The plaintiff=s request to proceed *in forma pauperis* [dkt. 2] is **granted**.

**II.**

The clerk is designated pursuant to *Fed. R. Civ. P.* 4(c) to issue process to the defendant in the manner specified by Rule 4(d). Process shall consist of the complaint filed on September 17, 2014, the attachments thereto, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

**IT IS SO ORDERED.**

Date: 9/22/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Tamara L. Jenkins, 3223 Welch Drive, Indianapolis, IN 46224

Indiana Dept. of Services, Child Support Bureau, 132 E. Washington Street, Indianapolis, IN 46204

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.